

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00666-CV

**Archer Group, LLC and John Christian Archer II**

**v.**

**Chambers-Liberty Counties Navigation District**

NO. 26,703 IN THE 344TH DISTRICT COURT OF CHAMBERS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 09/29/2014 | E-PAID | ANT |
| CLK RECORD | $211.00 | 09/08/2014 | PAID | ANT |
| RPT RECORD | $60.50 | 08/28/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 08/26/2014 | E-PAID | ANT |
| FILING | $175.00 | 08/26/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 08/08/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $486.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 23, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**